United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| O'CONNOR BUILDING PARTNERS, LP, § § Plaintiff, § VS. § RABO AGRIFINANCE, LLC, § § Defendant. § | CIVIL ACTION NO. 6:18-CV-00082 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the plaintiff, O'Connor Building Partners, LP and the defendant, Rabo Agrifinance, LLC's Agreed Motion to Dismiss with Prejudice (Dkt. No. 9). The Court finds that the Agreed Motion to Dismiss with Prejudice should be and hereby is GRANTED.

It is, therefore, ORDERED that all claims and causes of action asserted by and between the parties in this lawsuit are hereby DISMISSED with PREJUDICE as to the re-filing of same.

It is FURTHER ORDERED that each party shall bear its respective attorney's fees and costs.

It is so ORDERED.

SIGNED on this 14th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge